COMMONWEALTH of Pennsylvania,
Respondent

v.

Darren WILLIAMS, Petitioner

No. 517 EAL 2016

Supreme Court of Pennsylvania.

May 1, 2017

### ORDER

PER CURIAM

**AND NOW**, this 1st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

STEVENS & LEE, P.C., Respondent

v.

Ted A. CRESSWELL, Petitioner

No. 850 MAL 2016

Supreme Court of Pennsylvania.

May 1, 2017

### ORDER

PER CURIAM

**AND NOW**, this 1st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Leon Corloyd ROSE, Petitioner

No. 488 WAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

### ORDER

PER CURIAM

**AND NOW**, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.